IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| TANGLEWOOD HOSPITALITY VENTURE, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) | No. 3:05-cv-184 |
|  | ) |  |
| ANTOINETTE O. OGLE, COX & DUNN, LP, MARY HARRIET O. COX, JEAN C. OGLE, and DIANNA OGLE, | ) |  |
|  | ) |  |
| Defendants | ) |  |

## **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion to compel arbitration and to dismiss the complaint [Court File #16] is hereby GRANTED. Plaintiff is DIRECTED to re-initiate the arbitration proceedings with respect to the lease. This dismissal is without prejudice to the plaintiff to file any subsequent action which may be appropriate under the Uniform Arbitration Act at the appropriate time.

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE